```
                       FILED
                  2008 AUG 19  AM 11:45

                  CLERK US
                  SOUTHERN DISTRICT OF CALIFORNIA

                  BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 2771 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| LLECENIA BAINORI GONZALES, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about July 21, 2008, within the Southern District of California, defendant LLECENIA BAINORI GONZALES did knowingly and intentionally import approximately 18.30 kilograms (approximately 40.26 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:nlv:Imperial
8/18/08

<u>Count 2</u>

On or about July 21, 2008, within the Southern District of California, defendant LLECENIA BAINORI GONZALES did knowingly and intentionally possess, with intent to distribute, approximately 18.30 kilograms (approximately 40.26 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 19, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney